**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-30163 |
| Plaintiff - Appellee, | D.C. No. 1:11-CR-00262-EJL-1 |
| v. | |
| ANDRES MARCOS TREJO, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the district of Idaho, Boise
Edward J. Lodge, District Judge, Presiding

Submitted April 9, 2013[**]
Seattle, Washington

Before: D.W. NELSON, TASHIMA and CALLAHAN, Circuit Judges.

Trejo appeals his 46-month sentence for one count of distribution of

methamphetamine. This appeal does not fall within an exception to the appellate

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

wavier contained in Trejo's guilty plea.  Moreover, the government did not breach the plea agreement.  Accordingly, we dismiss this appeal.

**DISMISSED**.